Jeremy G. Epstein (JE-1606)
Brendan N. Snodgrass (BS-3709)
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4000

*Attorneys for Defendant the Republic of France*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

_____
                                       )
Freund, et al.,                        )
                                       )   Civil Action No. 06 CV 1637 (KMK)
                                       )
        Plaintiffs                     )
                                       )
                                       )
        -against-                      )
                                       )
                                       )
The Republic of France, Société        )
Nationale Des Chemins De Fer Français, )
Caisse Des Dépôts Et Consignations,    )
                                       )
        Defendants.                    )
                                       )
_____

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Brendan N. Snodgrass, executed on July 10, 2006, and all exhibits annexed thereto, the Declaration of Gérard Gélineau-Larrivet, executed on June 21, 2006, the Declaration of Michel Rispe, executed on June 16, 2006, and all prior pleadings and papers in this action, Defendant the Republic of France will move this Court, before the Honorable Kenneth M. Karas, United States District Judge for the Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, New York, for an order pursuant to Rules 12(b)(1), (2), (5) and (6)

of the Federal Rules of Civil Procedure dismissing the Complaint and for such other and further relief as may be deemed just and proper. Oral argument on the Motion will be on a date and at a time designated by the Court.

Dated: New York, New York
July 10, 2006

SHEARMAN & STERLING LLP

By: _____
Jeremy G. Epstein (JE-1606)
Brendan N. Snodgrass (BS-3709)
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4000

*Attorneys for Defendant the Republic of France*

To:   Harriet Tamen
      Tamen Law Offices
      405 Park Avenue
      15th Floor
      New York, New York 10022

      *Attorneys for Plaintiffs*