UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Freund, et al.,<br>                    Plaintiffs<br><br>against<br><br>The Republic of France, Société Nationale des Chemins de Fer Français, Caisse des Dépôts et Consignations,<br><br>                    Defendants. | Civil Action No. 06 CV 1637 (KMK) |

## DECLARATION OF MICHEL RISPE

I, the undersigned, Michel Rispe, magistrate, hereby declare:

1. My title is Deputy Chief of the *Bureau de l'entraide civile et commerciale internationale (Direction des affaires Civiles et du Sceau – Ministère de la Justice français)* [Office of International Civil and Commercial Mutual Assistance (Directorate of Civil Matters and the Seal – French Ministry of Justice)], and I have been appointed as Central Authority for implementation of the Hague Convention of November 15, 1965, Concerning the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters ("Hague Convention").

2. I make this declaration in support of the motion by the French Republic to dismiss the action "Freund, et al., against SNCF, CDC, and the French State," which is pending before the United States District Court of the Southern District of New York.

1

3. As Deputy Chief of the Office of International Civil and Commercial Mutual Assistance, I am more specifically responsible for the sectors of cooperation related to international service of judicial and extrajudicial documents, obtaining evidence internationally, the apostille, and international recovery of maintenance obligations.

4. Early on the afternoon of Tuesday, March 7, 2006, I was informed by the receptionist of our Directorate that a person was in our building and wished to be seen by a responsible person from our offices. I met with Mr. Tonnel, a trainee lawyer, who told me he had been instructed to deliver to our offices three originating documents in the above-referenced matter, which were addressed respectively to the Société Nationale des Chemins de Fer (SNCF), Caisse des Dépôts et Consignations (CDC), and the "French State represented by the Office of International Civil and Commercial Mutual Assistance."

5. I reminded Mr. Tonnel that since he was not a *huissier de justice* [bailiff], he was not authorized by law to serve legal documents directly on the parties. I also pointed out that the documents he brought with him did not have attached to them the form required by Article 5 of the Hague Convention of 1965 for all requests for service from the Central Authority ("requests"), and I invited him to get his request into proper order if necessary.

6. On March 10, 2006, Mr. Tonnel again came to our Directorate and submitted two requests based on Article 5a) of the Hague Convention of 1965, asking to have a bailiff serve the originating document in the above-reference matter on the SNCF and the CDC respectively. While in our offices, Mr. Tonnel wrote a check to the National Chamber of Bailiffs (CNHJ), for the costs of service.

7. In contrast, the request addressed to the "French State Represented by the Office of International Civil and Commercial Mutual Assistance," which Mr. Tonnel brought with him on March 7, 2006, was not presented.

8. I declare under penalty of perjury in the United States that the above facts are true and correct.


Signed June 16, 2006, in Paris, France.

                                              [signature]
                                              Michel Rispe


**GEOTEXT**
Translations, Inc.

STATE OF NEW YORK    )
                     )
                     )   ss
                     )
COUNTY OF NEW YORK   )

### **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached Declaration of Michel Rispe in Civil Action No. 06 CV 1637 (KMK), signed June 16, 2006.

Brandon Carney, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me
this 26th day of June, 20 06.

Robert A. Adler Jr.
Notary Public, State of New York
No. 01AD6097048
Qualified in Kings County
Commission Expires August 18, 2007

New York
259 West 30th Street, 17th Floor
New York, NY 10001
tel 212.631.7432  fax 212.631.7778
www.geotext.com
e-mail translations@geotext.com

San Francisco
220 Montgomery Street, 3rd Floor
San Francisco, CA 94104
tel 415.576.9500  fax 415.520.0525
www.geotext.com
e-mail sanfrancisco@geotext.com

London
107-111 Fleet Street
London EC4A 2AB
tel +44 (0)20 7936 9002  fax +44 (0)20 7990 9909
www.geotext.com
e-mail london@geotext.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Freund, et al.,

        Plaintiffs

-against-

The Republic of France, Société
Nationale Des Chemins De Fer Français,
Caisse Des Dépôts Et Consignations,

        Defendants.

---

Civil Action No. 06 CV 1637 (KMK)

## DECLARATION DE MICHEL RISPE

Je soussigné, Michel RISPE, Magistrat, déclare :

1. Je possède le titre d'adjoint au Chef du Bureau de l'entraide civile et commerciale internationale (Direction des affaires Civiles et du Sceau - Ministère de la Justice français), désigné en qualité d'Autorité Centrale pour l'application de Convention de la Haye du 15 novembre 1965 *relative à la signification et la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale* (« la Convention de la Haye »).

2. Je présente cette déclaration à l'appui de la requête de la République Française tendant au rejet de la plainte « Freund et autres contre la SNCF, la CDC et l'État français », pendante devant la Cour américaine du District sud de NEW-YORK. J'ai eu personnellement connaissance des faits décrits ci-après.

1

3. En tant qu'adjoint au Chef du Bureau de l'entraide civile et commerciale internationale, je suis plus spécialement chargé des secteurs de coopération relatifs à la notification internationale des actes judiciaires et extrajudiciaires, à l'obtention internationale des preuves, à l'apostille et au recouvrement international des aliments.

4. Le mardi 7 mars 2006, en début d'après-midi, j'ai été prévenu par les services de l'accueil de notre Direction qu'une personne était présente dans nos locaux et souhaitait être reçue par un responsable de notre Bureau. J'ai rencontré un M. TONNEL, avocat-stagiaire, qui m'a indiqué être chargé de remettre à notre Bureau trois actes introductifs d'instance dans l'affaire précédemment visée, destinés respectivement à la Société Nationale des Chemins de Fer (S.N.C.F.), à la Caisse des Dépôts et Consignations (C.D.C.) et à « l'Etat français représenté par le bureau de l'entraide civile et commerciale internationale ».

5. J'ai rappelé à M. TONNEL que dans la mesure où il n'était pas huissier de justice, il n'était pas autorisé par la loi à accomplir lui-même des démarches de signification des actes, directement auprès des parties. Par ailleurs, observant que les actes dont il était porteur n'étaient pas accompagnés du formulaire requis par l'article 5 de la Convention de la Haye de 1965 pour toutes demandes de signification auprès de l'Autorité Centrale (« demandes »), je l'ai invité à régulariser, le cas échéant, sa demande.

6. Le 10 mars 2006, M. TONNEL s'est de nouveau présenté dans les locaux de notre Direction et a déposé deux demandes sur le fondement de l'article 5 a) de la Convention de la Haye de 1965, tendant à voir signifier par huissier de justice, l'acte introductif d'instance dans l'affaire susvisée respectivement à la SNCF et à la Caisse des dépôts et consignations. M. TONNEL a établi, dans les locaux de notre Direction, un chèque tiré à l'ordre de la Chambre nationale des huissiers de justice (CNHJ), au titre des frais de notification.

2

7. La demande qui était destinée à « l'Etat français représenté par le bureau de l'entraide civile et commerciale internationale », dont M. TONNEL était porteur le 7 mars 2006, n'a, en revanche, pas été présentée.

8. Je déclare sous peine stipulée de parjure aux Etats-Unis que les faits susmentionnés sont exacts.

Faite le 16 juin 2006, à Paris, France.

Michel RISPE